UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:08-CR-67-DBH-04 |
| | ) |
| PATRICIA MORRISON, | ) |
| | ) |
| DEFENDANT/PETITIONER | ) |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On August 22, 2014, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on 28 U.S.C. § 2255 and 18 U.S.C. § 3582 Motion. The petitioner filed an objection to the Recommended Decision on September 10, 2014. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. No evidentiary hearing is warranted under Rule 8 of the Rules Governing Section 2255 Cases. The motion for habeas relief under 28 U.S.C. § 2255 is **DENIED**. I also **DENY** a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 Cases because there is no

substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2). The request for a sentence reduction under 18 U.S.C. § 3582 is **DENIED**. To the limited extent that the section 3582 motion is based on amended sentencing guidelines that are not yet in effect, the motion is **DENIED WITHOUT PREJUDICE**. As to all other claims under either 18 U.S.C. § 2255 or 18 U.S.C. § 3582, the petitioner's motion is **DENIED WITH PREJUDICE**.

**SO ORDERED.**

**DATED THIS 7TH DAY OF OCTOBER, 2014**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**